Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Larissa L. Ortiz | **Case Number:** | 10-50046 |
| | | | **Chapter 13** |
| **Trustee:** | Glenn B. Stearns | **Judge:** | Donald R. Cassling |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT AS OF: 10/28/2015

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank National Association | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx9160 |

### 1. Pre-Petition Arrears - Court claim no. (if known): NA  (Docket Entry #35)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the above-referenced date of this Response.

If Creditor disagrees:
  Amount of pre-petition arrears due at filing: _____
  Amount received from the Chapter 13 Trustee _____

  Pre-Petition arrears remaining due: _____

### 2. Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor of the above-referenced date of this Response.

If Creditor disagrees:
  Post-petition amounts remaining due: $841.94

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

**Schedule of Amounts Outstanding**

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| Description | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|
| Payments | 10/01/2015 | $1,135.38 | $293.44 | $841.94 |
| | | **Amount Remaining Due:** | | **$841.94** |

### 3. Sign Here

Print Name: John R. Callison
Title: Authorized Agent for U.S. Bank National Association
Company: Buckley Madole, P.C.

/s/ John R. Callison
Signature

Address and telephone number:

10/28/2015
Date

P. O. Box 9013
Addison, TX 75001

Telephone: ((972) 643-6600      Email: POCInquiries@buckleymadole.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before October 28, 2015.

**Debtor**  *Via U.S. Mail*
Larissa L. Ortiz
1766 Mission Hills Drive
Elgin, IL 60123

**Debtors' Attorney**
John P. Carlin
Chang & Carlin
1305 Remmington Road; Suite C
Schaumburg, IL  60173

**Chapter 13 Trustee**
Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

**US Trustee**
**Patrick S Layng**
Office of the US Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL  60604

                                                   Respectfully Submitted,

                                                   /s/  **John R. Callison**